IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WENDY TYZBIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:17-cv-0494-MMD-WGC |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of | ) ) ORDER GRANTING |
| Social Security, | ) STIPULATION FOR ATTORNEY |
| | ) UNDER THE EAJA |
| | ) |
| Defendant. | ) |

It is hereby ORDERED that the Joint Stipulation for EAJA Fees (Docket No. 28) is GRANTED and Plaintiff is awarded $8,200.00 in attorney's fees. *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

Date: ___October 31, 2018___

_William G. Cobb_
HON. WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

1